UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

    Plaintiff,

v.

    Case No. 1:20-cv-232

    HONORABLE PAUL L. MALONEY

MABEL J. MAYFIELD, et al.,

    Defendants.

_____/

## ORDER OF RECUSAL

I recuse myself under 28 U.S.C. § 455(a) and (b)(1) from further participation in this case due to a conflict of interest. The Clerk of Court shall reassign this case to another District Judge in accordance with the approved procedure.

**IT IS SO ORDERED**.

Dated: March 19, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge