UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN W. BARNABY,

    Plaintiff,

v

THE HONORABLE MABEL J. MAYFIELD, C.J, THE HONORABLE DENNIS M. WILEY, THE HONORABLE ALFRED M. BUTZBAUGH, THE HONORABLE JOHN E. DEWANE, THE HONORABLE JOHN M. DONAHUE, Berrien County Circuit Trial Court Judges, BERRIEN COUNTY TRIAL COURT, for the State of Michigan, THE HONORABLE WILLIAMS B. MURPHY, CJ, THE HONORABLE JANE M. BECKERING, THE HONORABLE JOEL P. HOEKSTRA, THE HONORABLE DAVID H. SAWYER, THE HONORABLE MARK T. BOONSTRA, THE HONORABLE JAMES ROBERT REDFORD, Michigan Court of Appellate Judges, MICHIGAN COURT OF APPEALS, for the State Of Michigan,

    Defendants.

No. 1:20-cv-232

HON. JANET T. NEFF

MAG. PHILLIP J. GREEN

**BRIEF IN SUPPORT OF MICHIGAN COURT OF APPEALS, MURPHY, BECKERING, HOEKSTRA, SAWYER, BOONSTRA, AND REDFORD'S MOTION TO DISMISS FOR IMPROPER SERVICE**

---

Owen W. Barnaby
Plaintiff in Pro Per
P. O. Box 1926
Kennesaw, GA 30156
(269) 335-4876

---

Kendell S. Asbenson (P81747)
Attorney for Defendants Michigan Court of Appeals, Hon. William Murphy, Hon. Jane Beckering, Hon. Joel Hoekstra, Hon. David Sawyer, Hon. Mark Boonstra, and Hon. James Redford
Michigan Department of Attorney General

Civil Litigation, Employment & Elections Division
P. O. Box 30736
Lansing, MI 48909
(517) 335-7659
(517) 335-7640 – Fax
asbensonk1@michigan.gov

                                            /

**BRIEF IN SUPPORT OF MICHIGAN COURT OF APPEALS, MURPHY, BECKERING, HOEKSTRA, SAWYER, BOONSTRA, AND REDFORD'S MOTION TO DISMISS FOR IMPROPER SERVICE**

Defendants Michigan Court of Appeals, and Judges William Murphy, Jane Beckering, Joel Hoekstra, David Sawyer, Mark Boonstra, and James Redford, by and through their attorney, Assistant Attorney General Kendell S. Asbenson, and appearing for the limited purpose of asserting improper service in this matter, rely on the law cited in their motion to support the dismissal of this action.

                        Respectfully submitted,

                        Dana Nessel
                        Attorney General

                        *s/Kendell S. Asbenson*
                        Kendell S. Asbenson (P81747)
                        Attorney for Defendants Michigan Court of Appeals, Hon. William Murphy, Hon. Jane Beckering, Hon. Joel Hoekstra, Hon. David Sawyer, Hon. Mark Boonstra, and Hon. James Redford
                        Michigan Department of Attorney General
                        P. O. Box 30736
                        Lansing, MI 48909
                        Asbensonk1@michigan.com
                        (517) 335-7659
Dated:  April 21, 2020          P81747

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2020, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record and that I have mailed on April 22, 2020, by United States Postal Service the paper to the following non-ECF participants:

Owen W. Barnaby
P. O. Box 1926
Kennesaw, GA 30156

                                            *s/Kendell S. Asbenson*
Kendell S. Asbenson (P81747)
Attorney for Defendants Michigan
Court of Appeals, Hon. William
Murphy, Hon. Jane Beckering, Hon.
Joel Hoekstra, Hon. David Sawyer,
Hon. Mark Boonstra, and Hon. James
Redford
Michigan Department of Attorney
General
Civil Litigation, Employment &
Elections Division
P. O. Box 30736
Lansing, MI 48909
asbensonk1@michigan.com
(517) 335-7659
P81747